UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 21-23873-CIV-MARTINEZ-BECERRA

CHRISTIANA TRUST,

    Plaintiff,

v.

WANDA THOMAS,

    Defendant.
_____/

## ORDER ON EMERGENCY MOTION FOR CLARIFICATION

**THIS CAUSE** came before the Court upon Defendant Wanda Thomas's Emergency Motion for Clarification ("Motion"). (ECF No. 15). Ms. Thomas states that the undersigned has "signed an order of writ of possession" based on purportedly false documents submitted by Christian[a] Ray/Roy Diaz. (*Id.* at 1). The Motion attaches two exhibits, which appear to be the last pages of the orders of remand issued in this case, (ECF No. 12), and in another case before the undersigned, *see Thomas v. Ray/Roy Diaz Christiana, et al.*, No. 22-cv-20068, (ECF No. 10). It is hereby

**ORDERED AND ADJUDGED** that Defendant's Motion, (ECF No. 15), is **STRICKEN**. The Court remanded this case shortly after it was removed, and this case has been closed ever since. In any event, the Court has not issued any order of writ of possession in this case.

DONE AND ORDERED in Chambers at Miami, Florida, this 1st day of March, 2022.

                                                  _____
                                                  JOSE E. MARTINEZ
                                                  UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsel of record